UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter: 13
    Brian Edward Buecker
                 Debtor(s)           Bankruptcy No: 18−17801−ref

***O R D E R***

**AND NOW,** this 28th day of November 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

<u>Documents and Deadline</u>

Certification Concerning Credit Counseling and/or
Certificate of Credit Counseling due 12/5/2018.
Chapter 13 Plan due by 12/12/2018.
Pro Se Statement due 12/12/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

5
Form 130