UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  BRIAN EDWARD BUECKER,           :
        Debtor           :   Case No. 18-17801REF
                   :   Chapter 13

# ORDER REVISING THE NOVEMBER 28, 2018, ORDER REQUIRING THE FILING OF BANKRUPTCY DOCUMENTS

AND NOW, this 28 day of November, 2018, upon the prior filings by Debtors of four recent cases, to wit, No. 07-16806, (dismissed for failure to file required bankruptcy documents and to make required payments), No. 09-17076 (discharged), No. 14-10655 (dismissed for failure to make plan payments), No. 18-14908 (dismissed for failure to obtain credit counselling and for failure to make first installment for the filing fee), and upon the above Chapter 13 case, filed today, November 28, 2018, and upon the prior order in the above case, entered today (the "Prior Order"), requiring Debtors to file their credit counselling certificate, Chapter 13 plan, and pro se statement for their Chapter 13 case within a certain time,

IT IS HEREBY ORDERED that:

1. This case MAY BE DISMISSED WITH PREJUDICE WITHOUT FURTHER NOTICE if all of the documents described in the Prior Order are not filed on or before December 12, 2018.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge