**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Brian Edward Buecker, a/k/a Brian Buecker, d/b/a The Gun Gallery Inc., d/b/a Creative Business Transitions, | Chapter 7<br><br>Bky. No.18-17801-REF |
| Debtor(s) | |

**ORDER TO SHOW CAUSE**

The Court having been apprised that the debtor has failed to amend caption of case to remove The Gun Gallery Inc. from the caption of the Chapter 7 individual filing;

**ORDERED** that the debto shall appear before this Court in Courtroom #1, The Madison, 400 Washington Street, Reading, Pennsylvania, 19601 on **December 27, 2018, at 9:30 a.m.** to show cause why the corporate entity should not be dismissed and stricken from the caption.

IT IS **FURTHER ORDERED** that if the debtor fails to appear at the hearing scheduled above, this case may be dismissed with prejudice without need for further notice or hearing.

**Date: December 11, 2018**

_____
RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: United States Trustee
    Chapter 7 Trustee