IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>BRIAN EDWARD BUECKER,<br>Debtor | BANKRUPTCY NO. 18-17801-ref<br><br>CHAPTER NO. 13 |
|---|---|

**O R D E R**

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay pursuant to §362 of the United States Bankruptcy Code, Subsection (c)(3)(B), in the above-captioned matter, and upon consideration of any responses thereto, it is hereby:

ORDERED that the Automatic Stay, provided under 11 U.S.C. 362, with respect to all secured, priority, and unsecured creditors in this matter is extended and remains in full force and effect.

**Date: December 28, 2018**

BY THE COURT:

_____
J

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Ave.
Reading, PA 19606