UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

BRIAN EDWARD  BUECKER

                                                    : Bankruptcy No. 18-17801REF
       Debtor(s)                          : Chapter 13

* * * * * * *

**HEARING TO BE HELD:**
**Date: May 16, 2019**
**Time: 9:00 a.m.**
**Place: United States Bankruptcy Court**
       **Courtroom #1, 3rd Floor**
       **400 Washington Street**
       **Reading, PA 19601**

* * * * * * *

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.  Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.  The within case was commenced by the filing of a Chapter 13 petition on 11/28/18.

3.  This Motion to Dismiss has been filed for the following reason(s):

    - The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

    - The plan does not appear to be feasible.

    - The Debtor(s) has/have failed to file Monthly Operating Reports as required by N.B.R. 2015 and L.B.R 2015.1.

    - The Certification of Business Debtor(s) has not been filed

4.  For the reasons set forth herein, the Trustee believes, and therefore avers, that the within case should be dismissed.

WHEREFORE, the Movant requests that the Court, after a hearing, enter an Order dismissing this case.

Respectfully submitted,

Date: April 10, 2019                                              */s/ Rolando Ramos-Cardona*

  Rolando Ramos-Cardona, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, Pennsylvania 19606
Telephone: (610) 779-1313